BENJAMIN B. WAGNER
United States Attorney
GREGORY T. BRODERICK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE RISEMAN,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, et al.<br><br>        Defendants. | Case No. 2:14-cv-02656-MCE-CKD<br><br>**STIPULATION AND ORDER RE LIMITED ADDITIONAL DISCOVERY** |

This is a medical malpractice case brought under the Federal Tort Claims Act.  (*See* Compl., Dkt. No. 1).  The current discovery cut-off is April 11, 2016.  (Order, Dkt. No. 9, at 2:1-8).  In view of the Court's March 22, 2016, ruling on the United States' motion for summary judgment (Dkt. No. 20), the parties wish to conduct limited discovery beyond the discovery period.  Therefore, the parties hereby stipulate, and propose, that the following discovery may continue beyond the current April 11, 2016, discovery period:

1. Deposition of Plaintiff Bruce Riseman, to be scheduled at a mutually convenient date on or before June 10, 2016;

2. Deposition of Dr. Peter Wroblicky, to be scheduled at a mutually convenient date on or before June 10, 2016;

3. Plaintiff's response to the United States' Interrogatories, Requests for Admission, and Requests for Production, served on or about March 4, 2016, shall be served not later than May 2, 2016.

In light of these extensions, the parties further stipulate, and propose, that they may file motions to compel related to the particular discovery set forth above so long as such motions are filed on or before June 10, 2016.

The parties stipulate that good cause exists to permit this limited extension because it will

1

permit efficient and fair discovery of this case, which will increase the opportunity for resolution and permit the parties to prepare for an efficient presentation at trial, if trial is necessary.  The parties do not request an extension of the trial date or any other date at this time, except as set forth above.

Respectfully submitted,

DATED: April 1, 2016

                BENJAMIN B. WAGNER
                United States Attorney

           By: */s/ Gregory T. Broderick*
              GREGORY T. BRODERICK
              Assistant United States Attorney

          By: */s/ (authorized 04/01/2016)*
              WILL DEITCHMAN
              Attorney for Plaintiff

**ORDER**

In accordance with the foregoing stipulation of the parties, and good cause appearing,

IT IS SO ORDERED.

Dated:  April 5, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

2