PHILLIP A. TALBERT
Acting United States Attorney
GREGORY T. BRODERICK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for the United States

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE RISEMAN,<br><br>            Plaintiff,<br><br>      v.<br><br>UNITED STATES OF AMERICA,<br><br>            Defendant. | CASE NO.  2:14-cv-02656-MCE-CKD<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate that this action be dismissed with prejudice.  Rule 41(a) provides, in relevant part, that the parties may voluntarily dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared."  Thus, the parties hereby stipulate and propose that the Court enter an Order vacating all dates in this matter and dismissing this case with prejudice.

Respectfully submitted,

DATED: October 18, 2016     PHILLIP A. TALBERT
                            Acting United States Attorney

                       By:  */s/ Gregory T. Broderick*
                            GREGORY T. BRODERICK
                            Assistant United States Attorney

DATED: October 18, 2016   By:  */s/ William A. Deitchman* (authorized 10/18/2016)
                               WILLIAM A. DEITCHMAN
                               Attorney for Plaintiffs

**Stip. and Order re Dismissal**                                                                      1

# **ORDER**

Based on the parties' stipulation, and pursuant to Federal Rule of Civil Procedure 41(a), IT IS HEREBY ORDERED THAT**:**

1. All dates in this matter are hereby vacated; and
2. This action is dismissed with prejudice, each side to bear its own fees and costs.
3. The matter having now been resolved in its entirety, the Clerk of Court is directed to close the file.

**IT IS SO ORDERED**.

Dated:  October 20, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE